The Equitable Life Assurance Society of the United States of America, Appellant, v. Catharine H. B. Smith, Respondent, Impleaded with Others. — Order reversed, without costs, and motion to resettle order of April 8, 1914, granted to extent stated in order. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Grace Phillips, Appellant, v. Andrew Phillips, Respondent.— Order affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York ex rel. Otto H. Schultze, Appellant, v. Israel L. Feinberg and Others, Individually and as Coroners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Hannah Leszynsky and Another, Respondents, v. Virginia Pernet Lawrence, as Executrix, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Mary Metzger, as Administratrix, etc., Respondent, v. Alphons Custodis Chimney Construction Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Robert I. Curran, Respondent, v. August Oppenheimer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

John B. Malatesta, Respondent, v. Empire City Subway Company, Limited, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Louis Rosenthal, Plaintiff, v. Max Bimstein, Defendant. The Security Bank of New York, Intervenor, Appellant; Charles L. Greenhall, Receiver, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Abrahams* v. *Benelze* (155 App. Div. 525). Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.; Ingraham, P. J., and Scott, J., dissented.

William J. Bryan, Respondent, v. Richard Deeves & Son, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York v. Frank S. Lyle.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York v. Abramo Pece.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.